USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 27, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,　　　　　:　　**18 CR 684 (VM)**
　　　　　　　　　　　　　　　　　　　:
　　　　-against-　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　**ORDER**
KENYATTA TAISTE,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　:
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

　　The Court previously scheduled a sentencing in the above-referenced matter for May 8, 2020 at 4:00 p.m. Due to the ongoing coronavirus pandemic, the Court will reschedule the sentencing.

　　Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, July 17, 2020 at 10:45 a.m.

**SO ORDERED:**

Dated:　　New York, New York
　　　　　26 March 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.