# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

June 17, 2020

**Via ECF**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: June 18, 2020

RE: U.S. v. Figallo, 18 Cr. 684 (VM)

Dear Judge Marrero:

This office represents the defendant, Kenyatta Taiste, in the above-captioned case. Given the ongoing COVID-19 pandemic, I respectfully request that Ms. Taiste's July 17, 2020 sentencing be adjourned to September 2020. The government consents to this request.

Ms. Taiste requests this additional time to provide her attorneys and her court-appointed mitigation specialist, Erik Mercer, the opportunity to safely prepare sentencing materials during the ongoing pandemic. The government has consented to an adjournment until September 2020, on a date convenient to the Court.

Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

CC: All counsel of record (via email)

---

Request granted. The sentencing is rescheduled for September 4, 2020, at 1:45 p.m.

**SO ORDERED.**

June 18, 2020
DATE

*Victor Marrero, U.S.D.J.*