LAW OFFICE OF
ZACHARY MARGULIS-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 6, 2020

August 5, 2020

**Via ECF**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    RE: U.S. v. Figallo, 18 Cr. 684 (VM)

Dear Judge Marrero:

  This office represents the defendant, Kenyatta Taiste, in the above-captioned case. Given the ongoing COVID-19 pandemic, I respectfully request that Ms. Taiste's September 4, 2020 sentencing be adjourned to October 2020. The government consents to this request.

  Ms. Taiste requests this additional time to provide her attorneys and her court-appointed mitigation specialist, Erik Mercer, the opportunity to safely prepare sentencing materials during the ongoing pandemic. Given the complexity Ms. Taiste's sentencing submissions, Ms. Taiste would prefer an in-person sentencing before the Court. Given that Ms. Taiste is a medically vulnerable person to contracting COVID-19 per the Centers for Disease Control, we respectfully request that her sentencing be rescheduled to sometime in October 2020 to allow more time for the pandemic's spread to lessen.

  Thank you for your attention to this case.

                        Very truly yours,

                        *Victoria Nicole Medley*

                        Victoria Nicole Medley



Request granted. The sentencing will be held Friday, October 30, 2020, at 11:30 a.m.

SO ORDERED.
August 6, 2020
DATE
VICTOR MARRERO, U.S.D.J.

w YORK, NY 10016
AW.COM