# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

October 9, 2020

*Via ECF*

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 13, 2020
```

RE: *U.S. v. Figallo*, 18 Cr. 684 (VM)

Dear Judge Marrero:

   This office represents the defendant, Kenyatta Taiste, in the above-captioned case. I respectfully request that Ms. Taiste's October 30, 2020 sentencing date be adjourned 30 days to Monday, November 30, 2020. The government does not object to this request.

   Ms. Taiste was recently appointed an additional expert to assist her mitigation specialist and attorneys in crafting her sentencing submission. We request this short adjournment to permit that expert to interview Ms. Taiste, to write his report, and for that report to be incorporated into her sentencing package.

   Thank you for your attention to this case.

                                              Very truly yours,

                                              *Victoria Nicole Medley*

                                              Victoria Nicole Medley

CC:   All counsel of record (via ECF)



Request GRANTED. The sentencing date is adjourned to December 4, 2020 at 12:30 pm.
SO ORDERED.
October 13, 2020
DATE                    VICTOR MARRERO, U.S.D.J.

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM