LAW OFFICE OF
ZACHARY MARGULIS-OHNUMA

November 16, 2020

*Via ECF*

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    RE: *U.S. v. Figallo*, 18 Cr. 684 (VM)

Dear Judge Marrero:

    This office represents the defendant, Kenyatta Taiste, in the above-captioned case. I write, on consent of the government, to request that Ms. Taiste's December 4, 2020 sentencing be adjourned to the earliest date the Court can accommodate an in-court proceeding.

    I was informed today that the Court will not be able to accommodate any in-person proceedings until 2021. Because of Ms. Taiste's characteristics as a black, transgender woman, her vulnerability, and the unique circumstances of her case, an in-person sentencing is particularly important. Therefore, I respectfully request that her sentencing be adjourned to the earliest date the Court is available for an in-person sentencing. Ms. Taiste remains compliant with the terms of her release.

    Thank you for your attention to this case.

                        Very truly yours,

                        *Victoria Nicole Medley*

                        Victoria Nicole Medley

CC:    All counsel of record (via ECF)



Request **GRANTED.** The sentencing is hereby adjourned to April 9, 2021 at 10:30 a.m.

SO ORDERED.

November 17, 2020

DATE         VICTOR MARRERO, U.S.D.J.

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM