# ZMO Law PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 24, 2021
```

March 23, 2021

*Via ECF*

Hon. Victor Marrero
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE: *U.S. v. Kenyatta Taiste,* 18 Cr. 684

Dear Judge Marrero:

    This office represents the defendant, Kenyatta Taiste, in the above-captioned case. I write, on consent of the government, to request that Ms. Taiste's April 9, 2021 sentencing be adjourned to the earliest date the Court can accommodate an in-court proceeding.

    The Court informed the parties today that it will be unable to accommodate in-person sentencings until July or August of 2021. Because of Ms. Taiste's characteristics as a black, transgender woman, her vulnerability, and the unique circumstances of her case, an in-person sentencing is particularly important. Therefore, I respectfully request that her sentencing be adjourned to the earliest date the Court is available for an in-person sentencing. Ms. Taiste remains compliant with the terms of her release.

    Thank you for your attention to this case.

                                                Very truly yours,

                                               *Victoria Nicole Medley*

                                               Victoria Nicole Medley

CC: Nicholas Chiuchiolo (via ECF)

**Request GRANTED.**
The sentencing is hereby adjourned to July 30, 2021 at 1 p.m.

**SO ORDERED.**
March 24, 2021
DATE — VICTOR MARRERO, U.S.D.J.

260 Madison Avenue, 17th
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com