# ZMO Law PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 1, 2021

May 28, 2021

**Via ECF**

Hon. Victor Marrero
U.S. District Judge
Southern District of New York
500 Peal Street
New York, NY 10007-1312

    RE: *U.S. v. Taiste et al.,* 18 Cr. 684 (VM)

Dear Judge Marrero:

    This office represents Kenyatta Taiste in the above-captioned matter. We write to request that Ms. Taiste's conditions of confinement be modified to allow her to travel to the District of New Jersey for work.

    Ms. Taiste's current employer has relocated to a location in New Jersey, so Ms. Taiste would need to travel there to continue working. I spoke with the government and Pretrial Services regarding this request. AUSA Nicholas Chiuchiolo advises that the Government does not object. Pretrial Services does not object.

    Thank you for your attention to this case.

                                 Very truly yours,

                                 *Victoria Nicole Medley*

                                 Victoria Nicole Medley

CC:    AUSA Nicholas Chiuchiolo (via ECF and email)
          Pretrial Services Officer Keyana Pompey (via email)



**Request GRANTED.**
The conditions of defendant Kenyatta Taiste's confinement are hereby modified to allow defendant Taiste to travel to New Jersey for work.

**SO ORDERED.**

June 1, 2021
DATE                VICTOR MARRERO, U.S.D.J.

260 Madison Avenue, 17th Floor
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com