

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 9, 2021

July 6, 2021

*Via ECF*

Hon. Victor Marrero
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> RE: *U.S. v. Kenyatta Taiste*, 18 Cr. 684

Dear Judge Marrero:

This office represents Kenyatta Taiste in the above-captioned matter. We write to request an adjournment of Ms. Taiste's sentencing, which is currently scheduled for July 30, 2021. I make this request, on consent of the government, because Mr. Margulis-Ohnuma is scheduled to begin trial before the Hon. Jed S. Rakoff in *U.S. v. Cotto*, 18 Cr. 413 on July 14, 2021. That trial is expected to last through the end of July.

Therefore, I respectfully request that Ms. Taiste's sentencing be adjourned to accommodate Mr. Margulis-Ohnuma's trial schedule.

Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

CC: Nicholas Chiuchiolo (via ECF)



Request **GRANTED.**
The sentencing is hereby adjourned to September 10, 2021 at 9:30 a.m.

**SO ORDERED.**

July 9, 2021
DATE                                    VICTOR MARRERO, U.S.D.J.

260 Madison Avenue, 17th
(212) 685-0999 ● info@zmolaw.com
www.zmolaw.com