# ZMO Law PLLC

August 23, 2021

*Via ECF*

Hon. Victor Marrero
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 26, 2021

     RE: *U.S. v. Kenyatta Taiste*, 18 Cr. 684

Dear Judge Marrero:

    This office represents Kenyatta Taiste in the above-captioned matter. We write to request an adjournment of Ms. Taiste's sentencing, which is currently scheduled for September 10, 2021. The government does not object to this request.

    After speaking with the Court's clerk earlier today, it is our understanding that the Court will not proceed with in-person proceedings until November. Ms. Taiste, who is a black, trans woman, is facing a substantial sentence that would result in her incarceration at a male federal prison. Therefore, Ms. Taiste strongly prefers that she be sentenced in-person.

    Moreover, Ms. Taiste suffers from an immune disease that makes her highly susceptible to COVID-19 infection, especially the much more contagious Delta variant that has begun ravaging the nation. Ms. Taiste has been on supervised release since March 2019 without incident. She has maintained employment, participated in therapy, sustained her sobriety, and has been volunteering within the LGBTQ+ community. Currently, she is, with the Court and Pretrial's permission, volunteering upstate at the Easton Mountain Retreat, supporting LGBTQ+ rights.

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • info@zmolaw.com
www.zmolaw.com

ZMO LAW PLLC

    For all the foregoing, I respectfully request that Ms. Taiste's sentencing be adjourned to November, or whenever the Court is available for an in-person sentencing.

    Thank you for your attention to this case.

Very truly yours,

*Victoria Nicole Medley*

Victoria Nicole Medley

CC: Nicholas Chiuchiolo (via ECF)



Request **GRANTED.**
The sentencing currently scheduled for September 10, 2021 is hereby adjourned to November 19, 2021 at 10 a.m.

**SO ORDERED.**

August 26, 2021

DATE — VICTOR MARRERO, U.S.D.J.

8/23/21
Page 2