USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,    :    **18 CR 684 (VM)**
                             :
      -against-       :
                             :    **ORDER**
KENYATTA TAISTE,             :
                             :
            Defendant.   :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

At the request of Defendant and with the consent of the Government, see Dkt. 115, it is hereby ordered that the sentencing of the above-named defendant scheduled for November 19, 2021 will be adjourned until Friday, February 18, 2022 at 11:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
        26 October 2021

_____
Victor Marrero
U.S.D.J.