```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
         -against-                :         18 CR 684 (VM)
                                  :
KENYATTA TAISTE,                  :         ORDER
                                  :
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The sentencing of the above-named defendant, currently scheduled for June 24, 2022, is hereby rescheduled for Friday, July 1, 2022 at 9:30 a.m.

**SO ORDERED.**

Dated:   New York, New York
         13 April 2022

_____
Victor Marrero
U.S.D.J.