```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA          :
                                  :        18 Crim. 684 (VM)
     - against -                  :
                                  :        SCHEDULING ORDER
KENYATTA TAISTE,                  :
                                  :
                    Defendant.    :
-------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The sentencing of Kenyatta Taiste, currently scheduled for July 1, 2022, is hereby adjourned until August 5, 2022 at 12:30 p.m. The sentencing will take place in Judge Marrero's usual courtroom. Both parties are directed to refer to Judge Marrero's individual rules for deadlines regarding sentencing submissions.

**SO ORDERED.**

```
Dated:    New York, New York
          June 27, 2022


                                   _____
                                        Victor Marrero
                                          U.S.D.J.
```